Flynn Wirkus Young, P.C.
John E. Young, Esq.
NY ID No. 5066477
*jyoung@flynnwirkus.com*
400 Crown Colony Drive, Suite 601
Quincy, MA 02169
T: (617) 773-5500
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTTEN RECORDS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 67.253.216.226,<br><br>    Defendant. | Civil Action No. 6:15-cv-06650 |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

  PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

            Respectfully submitted,
            Plaintiff, Rotten Records,
            By its attorneys,


            /s/ *John E. Young*
            John E. Young, Esq.
            NY ID No. 5066477
            *jyoung@flynnwirkus.com*
            Flynn Wirkus Young, P.C.
            400 Crown Colony Drive, Suite 601
            Quincy, MA 02169
            (617) 773-5500

H:\Rushie Law\Rightscorp\Rotten Records\NY\RR14 - Rotten Records v. Doe IP 67.253.216.226\Pleadings\Discovery\Plaintiff\RR14 Pltf Disclosure Statement 10.27.15.docx

1